***Undersigned Attorney is certified to file electronically in the Northern District's Bankruptcy Court and has applied for certification in the District Court.***

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MAX STESEL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case 08 CV 2895 |
| MEIR DUBINSKY and CLEAR IMAGE MEDIA GROUP, INC., an Illinois Corp., | ) Hon. Robert Gettleman ) ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, CLEAR IMAGE MEDIA GROUP, INC. (CLEAR IMAGE) through its attorneys, Elizer & Meyerson, LLC, pursuant to Federal Rule of Civil Procedure 6(b), moves for an enlargement of time of twenty one (21) days within which to answer or otherwise plead. In support, CLEAR IMAGE states:

1. On May 19, 2008, pursuant to Federal Rule of Civil Procedure 4(d), CLEAR IMAGE waived service of process of the Plaintiff's complaint in this matter thereby requiring an answer or other responsive pleading to be filed with the court within sixty (60) days of said date.

2. Within several days of the filing of this motion, circumstances have arisen wherein undersigned counsel intends to return the file to CLEAR IMAGE and withdraw professional responsibility from this matter.

F I L E D

JUL 1 8 2008   YM
Jul 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. Since Defendants rights could be prejudiced returning the file to them days before an answer or responsive pleading is due, undersigned counsel believes it is ethically obligated to file its appearance on behalf of CLEAR IMAGE and attempt to obtain more time for CLEAR IMAGE to retain new counsel.

4. This motion is not brought for the purpose of delay and undersigned counsel apologizes to the Plaintiff and this Honorable Court for any inconvenience this request may cause.

**WHEREFORE,** Defendant CLEAR IMAGE MEDIA GROUP, INC. prays that this Honorable Court enter an order allowing CLEAR IMAGE an additional twenty one (21) days within which to answer or otherwise plead to Plaintiff's complaint and for whatever other relief that this court deems just and appropriate.

Respectfully submitted,

ELIZER & MEYERSON, L.L.C.

_____
Philip M. Novak, Attorney for Plaintiff

| | |
|---|---|
| Name | Elizer & Meyerson, L.L.C. |
| Attorneys for | Defendants |
| Address | 900 Skokie Blvd., Suite 100 |
| City/Zip | Northbrook, IL 60062 |
| Telephone # | 847/ 513-6600 |

2