

\*\*\*Undersigned Attorney is certified to file electronically in the Northern District's Bankruptcy Court and has applied for certification in the District Court.\*\*\*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MAX STESEL, )
)
      Plaintiff, )
)
vs. ) Case 08 CV 2895
)
MEIR DUBINSKY and CLEAR IMAGE ) Hon. Robert Gettleman
MEDIA GROUP, INC., an Illinois Corp., )
)
      Defendants. )

### NOTICE OF MOTION

**FILED**

JUL 18 2008  YM
JUL 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Carey M. Stein
Ashman & Stein
150 North Wacker Drive
Suite 3000
Chicago, IL 60606

PLEASE TAKE NOTICE that on July 29, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert Gettleman, United States Courthouse, Federal Dirksen Building, 219 South Dearborn Street, Room 1703, Chicago, Illinois, or such other judge as may be sitting in his place and stead, and then and there present Motion for Enlargement of Time to Answer or Otherwise Plead, a true and correct copy of which is attached to this Notice.

_____
Philip M. Novak

### CERTIFICATE OF SERVICE

This is to certify that on July 18, 2008, a true and correct copy of the above and foregoing Notice and attached pleading upon the above-referenced party by U.S. Mail, postage prepaid.

_____
Philip M. Novak

1