

\*\*\*Undersigned Attorney is certified to file electronically in the Northern District's Bankruptcy Court and has applied for certification in the District Court.\*\*\*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MAX STESEL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case 08 CV 2895 |
| MEIR DUBINSKY and CLEAR IMAGE MEDIA GROUP, INC., an Illinois Corp., | ) Hon. Robert Gettleman ) ) |
| Defendants. | ) |

### NOTICE OF FILING

**FILED**

**JUL 1 8 2008**  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:  Carey M. Stein
Ashman & Stein
150 North Wacker Drive
Suite 3000
Chicago, IL 60606

PLEASE TAKE NOTICE that on July 18, 2008, I filed with the Clerk of the U.S. District Court for the Northern District of Illinois, an Appearance on behalf of Defendant, Clear Image Group, Inc., a true and correct copy of which is attached hereto and herewith/served upon you.

_____
Philip M. Novak

### CERTIFICATE OF SERVICE

This is to certify that on July 18, 2008, a true and correct copy of the above and foregoing Notice and attached pleading upon the above-referenced party by U.S. Mail, postage prepaid.

_____
Philip M. Novak

1

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2895 |
|---|---|
| Max Stesel v. | |
| Meir Dubinsky and Clear Image Group, Inc., an Illinois Corp. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Clear Image Group, Inc.

**FILED**

JUL 1 8 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Philip M. Novak |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| Elizer & Meyerson, LLC |
| STREET ADDRESS |
| 900 Skokie Blvd. #100 |
| CITY/STATE/ZIP |
| Northbrook, Illinois 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286982 | (847)513-6600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐