## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **MAX STESEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case 08 CV 2895** |
| | ) | |
| **MEIR DUBINSKY and CLEAR IMAGE** | ) | **Hon. Robert Gettleman** |
| **MEDIA GROUP, INC., an Illinois Corp.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AMENDED NOTICE OF MOTION

To:    Carey M. Stein
       Ashman & Stein
       150 North Wacker Drive
       Suite 3000
       Chicago, IL 60606

PLEASE TAKE NOTICE that on August 20, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert Gettleman, United States Courthouse, Federal Dirksen Building, 219 South Dearborn Street, Room 1703, Chicago, Illinois, or such other judge as may be sitting in his place and stead, and then and there present Defendant's Motion to Dismiss Plaintiff's Complaint, a true and correct copy of which is attached to this Notice.

/s/ Philip M. Novak

### CERTIFICATE OF SERVICE

This is to certify that on August 11, 2008 a true and correct copy of the foregoing Notice on the above-referenced party via the electronic filing system for the Bankruptcy Court for the Northern District of Illinois, Eastern Division.

/s/ Philip M. Novak