IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MAX STESEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case 08 CV 2895 |
| | ) | |
| MEIR DUBINSKY and CLEAR IMAGE MEDIA GROUP, INC., an Illinois Corp., | ) ) | Hon. Robert Gettleman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Carey M. Stein
      Ashman & Stein
      150 North Wacker Drive
      Suite 3000
      Chicago, IL 60606

PLEASE TAKE NOTICE that on August 12, 2008, I filed with the Clerk of the U.S. District Court for the Northern District of Illinois, an Appearance on behalf of Defendant, Clear Image Group, Inc., a true and correct copy of which is attached hereto and herewith served upon you.

/s/ Philip M. Novak

## CERTIFICATE OF SERVICE

This is to certify that on August 12, 2008 a true and correct copy of the foregoing Notice on the above-referenced party via the electronic filing system for the Bankruptcy Court for the Northern District of Illinois, Eastern Division.

/s/ Philip M. Novak

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 CV 2895

Max Stesel v.

Meir Dubinsky and Clear Image Group, Inc.
an Illinois Corp.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Clear Image Group, Inc.

| |
|---|
| NAME (Type or print)<br>David S. Meyerson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David S. Meyerson |
| FIRM<br>Elizer & Meyerson, LLC |
| STREET ADDRESS<br>900 Skokie Blvd. #100 |
| CITY/STATE/ZIP<br>Northbrook, Illinois 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6201629 | TELEPHONE NUMBER<br>847-513-6600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |