UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAX STESEL | ) | |
|        Plaintiff | ) | |
| | ) | |
| vs. | ) | 08 cv 2895 |
| | ) | |
| MEIR S. DUBINSKY and CLEAR IMAGE | ) | Judge Gettleman |
| MEDIA GROUP, INC., an Illinois corporation | ) | |
| | ) | |
|        Defendants | ) | |

### NOTICE OF FILING

TO:    Philip M. Novak
           Elizer & Meyerson, LLC
           900 Skokie Blvd.
           Suite 100
           Northbrook, Illinois 60062

      PLEASE TAKE NOTICE that on September 4, 2008, we filed with the Clerk of the United States District Court, PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS, a copy of which is attached hereto.

                                                          /s/ Carey M. Stein
                                                           Plaintiff's Attorney

Carey M. Stein
ASHMAN & STEIN
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-782-3484

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS and the within notice was served electronically through the Court's ECF filing system on:

Philip M. Novak
Elizer & Meyerson, LLC
900 Skokie Blvd.
Suite 100
Northbrook, Illinois 60062

                                             /s/Carey M. Stein

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484

C:\Documents and Settings\All Users\Documents\ACTIVE\stesel v dubisky\Pleadings\clear image motions\reply.NOF.wpd